LODGED

Joscelin B. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
joscelin.thomas@gmail.com
951-616-0044

2012 AUG 13 PM 1:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

2012 AUG 27 PM 2:37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

FILED
E/S
(SPX)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Joscelin B. Thomas )
*Plaintiff* )
) ED CV 12 - 01338
v. ) SJO
)
Convergent Outsourcing, Inc. ) **COMPLAINT**
d/b/a ER Collection )
*Defendant* ) **VIOLATION OF FAIR CREDIT**
) **REPORTING ACT**
) **15 U.S.C. 1681 et seq.**
)

**TRIAL BY JURY**

### PRELIMINARY STATEMENT

1.  This is an action for damages; brought for damages for the violation of the Fair Credit Reporting Act (FCRA) 15 USC §1681, *et seq.*

### JURISDICTION

2.  This court has Jurisdiction pursuant to *15 U.S.C. §1681p* and *28 U.S.C. §1331.*

3.  All conditions precedence to the bringing of this action has been performed.

### VENUE

4.  The occurrences which give rise to this action occurred in Riverside County, California and Plaintiff resides in Riverside County, California.

5. Venue is proper in the Central District of California.

## PARTIES

6. The Plaintiff in this lawsuit is Joscelin B. Thomas, (hereinafter "Plaintiff") who at all times relevant herein was a resident of Riverside County, California.

7. The Defendant in this lawsuit is Convergent Outsourcing, Inc., d/b/a ER Collection (hereinafter "ERC") who is an unknown entity with offices at 800 SW 39th ST., Renton, WA 98057, who transacts business as a debt collector in Riverside County, California.

## FACTUAL ALLEGATION

8. Plaintiff received her credit report from a major credit reporting agency Experian and found an entry by an entity that was unfamiliar within the credit report.

9. Plaintiff discovered after examination of her Experian consumer credit report that ERC had obtained her consumer credit report on or about July 17, 2009.

10. Plaintiff discovered after examination of her Experian consumer credit report that ERC had obtained her consumer credit report a second time on or about August 12, 2009.

11. Discovery of the violation brought forth herein occurred in May of 2011 and are within the statute of limitations as defined in the FCRA *15 U.S.C. § 1681p*.

## Count I
## VIOLATION OF THE FAIR CREDIT REPORTING ACT(FCRA), 15 U.S.C. § 1681
## WILLFUL NON-COMPLIANCE BY DEFENDANT ERC

12. Plaintiff restates and reiterates herein all previous paragraphs 1-11.

13. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. § 1681a(c).

14. Experian is a credit reporting agency within the meaning of 15 U.S.C. § 1681a(f).

15. Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. § 1681a(d).

16. Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b defines the permissible purpose for which a person may obtain a consumer credit report.

17. Such permissible purpose as defined by Fair Credit Reporting Act (FCRA) *15 U.S.C. § 1681b*, which has **limited circumstances granting permissible purpose under section 1681(b), did not apply to ERC.**

18. At or about the time ERC obtained Plaintiff consumer credit report:
    A. Plaintiff did not authorize consumer reporting agency Experian to furnish her consumer report to ERC.
    B. Plaintiff did not authorize ERC to obtain her consumer report from Experian.
    C. Plaintiff did not apply for any credit, loan, or services with ERC.
    D. Plaintiff did not have any contractual relationship for credit, loan, or services with ERC.
    E. Plaintiff did not owe any debt to ERC.
    F. Plaintiff did not owe any debt as the result of a judgment to ERC.
    G. Plaintiff did not apply for any employment with ERC.
    H. Plaintiff did not apply for any insurance from ERC.
    I. Plaintiff did not have any existing account or credit obligation with ERC.
    J. Plaintiff was not named as an "authorized user" on any account with ERC
    K. No court having jurisdiction issued any order to Experian to furnish Plaintiff's consumer report to ERC.
    L. No head of State or local child support enforcement agency requested Experian to provide Plaintiff's consumer report to ERC.
    M. No agency administering a state plan under section 454 of the Social Security Act (42 U.S.C. § 654) requested Experian to provide Plaintiff's consumer report to ERC.
    N. Plaintiff did not apply for any license or other benefit granted by a governmental instrumentality through ERC.
    O. Plaintiff did not receive any "firm offer of credit or insurance" from ERC.

19. At no time did Plaintiff give her consent for ERC to acquire her consumer credit report from any credit reporting agency.

20. The action of ERC obtaining the consumer credit report of the Plaintiff on July 17, 2009 with no permissible purpose or Plaintiff's consent was a willful violation of FCRA, 15 U.S.C. § 1681b and an egregious violation of Plaintiff's right to privacy.

21. ERC had a duty to properly ascertain if there was any **legitimate** permissible purpose before obtaining Plaintiff's consumer credit report and ERC breached said duty by failing to

do so. There was no account and/or debt that ERC had any right to collect to have had permissible purpose to obtain Plaintiff's consumer credit report and therefore Plaintiff is entitled to damages.

WHEREFORE, Plaintiff demands judgment for damages against Defendant ERC, for statutory damages of $1000.00, any attorney's fees and costs, pursuant to 15 U.S.C. § 1681n.

### Count II
### VIOLATION OF THE FAIR CREDIT REPORTING ACT(FCRA), 15 U.S.C. § 1681 WILLFUL NON-COMPLIANCE BY DEFENDANT ERC

22. Plaintiff restates and reiterates herein all previous paragraphs 1-11.

23. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. § 1681a(c).

24. Experian is a credit reporting agency within the meaning of 15 U.S.C. § 1681a(f).

25. Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. § 1681a(d).

26. Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b defines the permissible purpose for which a person may obtain a consumer credit report.

27. Such permissible purpose as defined by Fair Credit Reporting Act (FCRA) *15 U.S.C. § 1681b*, which has **limited circumstances granting permissible purpose under section 1681(b), did not apply to ERC.**

28. At no time did Plaintiff give her consent for ERC to acquire her consumer credit report from any credit reporting agency.

29. Plaintiff has never had any business dealings or any account with, made application for credit from, made application for employment with, applied for insurance from, or received a bona-fide offer of credit from ERC to acquire her consumer credit report from any credit reporting agency.

30. The action of ERC obtaining the consumer credit report of the Plaintiff on August 12, 2009 with no permissible purpose or Plaintiff's consent was a willful violation of FCRA, 15 U.S.C. § 1681b and an egregious violation of Plaintiff's right to privacy.

31. ERC had a duty to properly ascertain if there was any **legitimate** permissible purpose before obtaining Plaintiff's consumer credit report and ERC breached said duty by failing to do so. There was no account and/or debt that ERC had any right to collect to have had

permissible purpose to obtain Plaintiff's consumer credit report and therefore Plaintiff is entitled to damages.

WHEREFORE, Plaintiff demands judgment for damages against Defendant ERC, for statutory damages of $1000.00, any attorney's fees and costs, pursuant to 15 U.S.C. § 1681n.

### DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues as a matter of law.

DATE: 8-13-2012

BY: *[signature]*
Joscelin B. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555
joscelin.thomas@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge  S. James Otero  and the assigned discovery Magistrate Judge is  Sheri Pym  .

The case number on all documents filed with the Court should read as follows:

**EDCV12-01338 SJO (SPx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

---

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

- ☑ **Western Division**
  312 N. Spring St., Rm. G-8
  Los Angeles, CA 90012

- ☐ **Southern Division**
  411 West Fourth St., Rm 1-053
  Santa Ana, CA 92701-4516

- ☐ **Eastern Division**
  3470 Twelfth St., Rm. 134
  Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (01/09)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Thomas, Joscelin B

**DEFENDANTS**
Convergent Outsourcing, Inc. d/b/a ER Collection

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Joscelin B. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555   951-616-0044

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 2,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
FCRA 15 U.S.C. 1681 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 441 Voting | | ☐ 830 Patent |
| | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

ED CV 12 - 01338 SJO SPX

**FOR OFFICE USE ONLY:** Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

AUG 27 2012

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Washington |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_   Date 8-13-2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Joscelin B. Thomas <br> *Plaintiff* <br> v. <br> Convergent Outsourcing, Inc. d/b/a ER Collection <br> *Defendant* | ) <br> ) ED CV 12 - 01338 <br> ) <br> ) Civil Action No.  SJO SPx <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joscelin B. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI

CLERK OF COURT

Date: AUG 27 2012

L. MORRAY

*Signature of Clerk or Deputy Clerk*

(1134)

FOR OFFICE USE ONLY