FILED
CLERK, U.S. DISTRICT COURT
SEP 12 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

JS-6

LODGED
2012 SEP 10 AM 10:43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

1 Joscelin B. Thomas
2 14626 Red Gum Street
  Moreno Valley, CA 92555
3 joscelin.thomas@gmail.com
4 951-616-0044

5
6
7         **UNITED STATES DISTRICT COURT**
8         **CENTRAL DISTRICT OF CALIFORNIA**
                                         )
9  Joscelin B. Thomas                    )
   *Plaintiff*                           )
10                                       )
                                         ) Case No. ED CV12-01338 SJO (SPx)
11 v.                                    )
                                         ) [PROPOSED] ORDER OF DISMISSAL
12                                       )
13 Convergent Outsourcing, Inc.          )
   d/b/a ER Collection                   )
14 *Defendant*                           )
                                         )
15                                       )
16                                       )

17 _____

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

## ORDER OF DISMISSAL

Pending before the Court is Plaintiff's Order of Dismissal. The Court finds that the Order of Dismissal should be **GRANTED**.

It is therefore **ORDER** that Plaintiff's case is hereby DISMISSED with prejudice.

**It is SO OREDERED.**

DATE: September 12, 2012

_____
S. James Otero
UNITED STATES DISTRICT JUDGE